USA-74-24B
(Rev. 05/01)

CRIMINAL DOCKET

**16 CR 0275**
No.

United States Courts
Southern District of Texas
FILED

JUN 2 3 2016

HOUSTON DIVISION

USAO Number: 2016R13579

Magistrate Number:

CRIMINAL INDICTMENT

Filed _____ Judge: Atlas

UNITED STATES of AMERICA
VS.

DEREK D. LUSK

ATTORNEYS:

KENNETH MAGIDSON, USA        (713) 567-9000

Kimberly Leo, AUSA            (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE: (TOTAL) (COUNTS:) ( 3 )

Ct. 1: Distribution of Child Pornography [18 USC §§ 2252A(a)(2)(B) and 2252A(b)(1)]

Ct. 2: Receipt of Child Pornography [18 USC §§ 2252A(a)(2)(B) and 2252A(b)(1)]

Ct. 3: Possession of Child Pornography [18 USC §§ 2252A(a)(5)(B) and 2252A(b)(2)]

PENALTY:

Ct. 1: 5-20 years imprisonment; up to $250,000 fine; not less than 5 years up to life (SRT); $100 SA & $5,000 SA (Justice for Victims Trafficking Act of 2015).

Ct. 2: 5-20 years imprisonment; up to $250,000 fine; not less than 5 years up to life (SRT); $100 SA & $5,000 SA (Justice for Victims Trafficking Act 2015).

Ct 3: up to 10 years imprisonment; up to $250,000 fine; not less than 5 years up to life (SRT); $100 SA & $5,000 SA Victims Trafficking Act 2015).

☑ In Jail FDC
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: