| | | | | |
|---|---|---|---|---|
| JUDGE | **NANCY F. ATLAS** | | | |
| CASE MANAGER | SHELIA ASHABRANNER | ERO YES | | |
| | | INTERPRETER N/A | | |

TIME 11:15 A.M.| 11:59 A.M. _____ P.M. _____ P.M.   DATE September 23, 2016
          begin           end              begin         end

CR. NO. 16-275   DEFT. NO. 01

UNITED STATES OF AMERICA         §     Jill Stotts            AUSA
vs.                              §
DEREK D. LUSK                    §     Charlotte Herring      FPD

**REARRAIGNMENT**

_X_  Rearraignment   held on Cts 2 and 3

_X_  Deft enters a plea of   _X_ gpl. (guilty)   ngpl. (not guilty)   nolopl. (nolo).

_X_  PLEA AGREEMENT: As outlined in plea agreement and on the record in open court.

___  Indictment waived.

_X_  Order for PSI setting Disclosure and Sentencing dates signed.

___  PSI waived.

_X_  Sentencing set December 13, 2016 at 1:30 p.m.

___  Jury trial set _____ at _____.

___  Deft bond   set   reduced to $ _____   Cash   Surety   10%   PR.

___  Deft failed to appear, bench warrant to issue

___  Deft bond   continued   forfeited.

_X_  Deft remanded to custody.

_X_  Terminate other settings for this deft.   Terminate motions for this deft.

___  OTHER PROCEEDINGS: _____

Copy to:   USPO